

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-15-00366-CV

## IN RE ELIZABETH LAVONNE TOBIAS

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition Denied
Opinion delivered and filed December 3, 2015
[OT06]

